| United States District Court | DISTRICT<br><br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SYED HASSAN | DOCKET NO.<br><br>S1 07 Cr. 711 | MAGISTRATE'S CASE NO. |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br><br>SYED HASSAN | |
| WARRANT ISSUED ON THE BASIS OF:   □ Order of Court<br>X Indictment   □ Information   □ Complaint | DISTRICT OF ARREST<br>Southern District of New York | |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY<br>New York, NY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Transportation of Stolen Vehicles, Possession and Sale of Stolen Vehicles, Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>371, 2312, 2313, 2 |
|---|---|---|
| ANDREW J. PECK          BAIL<br>UNITED STATES ~~MAGISTRATE JUDGE~~<br>SOUTHERN DISTRICT OF NEW YORK<br>ORDERED BY<br>HON. ~~HENRY B. PITMAN~~ | OTHER CONDITIONS OF RELEASE | |
| | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>S/ Andrew J Peck | AUG 1 3 2007<br>DATE ORDERED |
| CLERK OF COURT<br>J. MICHAEL MCMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br><br>DATE EXECUTED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed

USDC SDNY
DOCUMENT
EL...
...
AUG ...