RAPHAEL F. SCOTTO
MICHELE F. SCOTTO
Counselors At Law
17 Battery Place • Suite 1226
New York, N.Y. 10004



Tel: 212-425-7814                                        Fax: 212-422-5171

*Via Fax #212-805-7941*

September 6, 2007

Hon. Loretta A. Preska
United States District Judge
500 Pearl Street, room 1320
New York, New York 10007

        Re:    USA v. Syed Hassan and others
                Indictment No.: S107CR.711

Dear Judge Preska:

    Today, I discussed with the United States Attorney, Lisa Zomberg, the possibility of granting permission for my client to go to the New Jersey car auctions to purchase vehicles for his car service. Ms. Zomberg has agreed to extend the conditions of bail to allow him to travel to New Jersey for these purposes.

    Consequently, I would respectfully request that the Court "so order" this extension of bail conditions to allow my client to travel to New Jersey for the stated purpose.

                                    Respectfully submitted,

                                    Raphael F. Scotto

RFS:rr

SO ORDERED
*Loretta A. Preska*
Hon. Loretta A. Preska
September 6, 2007
[RS/HASSAN/Hon Preska 9 6 07]]