RAPHAEL F. SCOTTO
MICHELE F. SCOTTO
Counselors At Law
17 Battery Place • Suite 1226
New York, N.Y. 10004

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/07
```

Tel: 212-425-7814                                                                 Fax: 212-422-5171

*Via Fax #212-805-7941*

September 20, 2007

Hon. Loretta A. Preska
United States District Judge
500 Pearl Street, room 1320
New York, New York 10007

        Re:    USA v. Syed Hassan and others
               Indictment No.: S107CR.711

Dear Judge Preska:

    I represent Syed Hassan in the indictment pending before the Court. I have explained to AUSA Zornberg yesterday that my client has requested that he be able to travel to New Jersey to buy Kosher Indian food and also to New Jersey and Connecticut for business purposes and to visit his wife's family. Ms. Zornberg has agreed to extend my client's bail restrictions to the Tri-State area including New Jersey and Connecticut along with New York.

    I would respectfully request that the Court so order this extension of the bail conditions so that my client will be free to travel throughout the states of New Jersey and Connecticut as well as New York

    I thank the Court for its consideration of this request.

Respectfully submitted,

*Raphael F. Scotto*
Raphael F. Scotto

RFS/tvp
cc:    AUSA Lisa Zornberg
        (212) 637-0097 (Fax)

SO ORDERED
*Loretta A. Preska*
Hon. Loretta A. Preska

September 20, 2007