UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                  Plaintiff,

    -against-

SYED HASSAN

                       Defendants.
-------------------------------------------------------------------x

*UNDER SEAL*

*INDICTMENT NO.*
*S107 Cr. 711*

*NOTICE OF APPEARANCE*

*S I R:*

    **PLEASE TAKE NOTICE,** that the defendant, SYED HASSAN, hereby appear(s) in the above entitled action, and that the undersigned have been retained as Attorney(s) for said defendant(s) and demand(s) that a copy of any and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: New York, New York
       August 21, 2007

Yours, etc.

Raphael F. Scotto, Esq
Attorneys for Defendants
17 Battery Place (1226)
New York, New York 10004
(212) 425-6150

TO: **United States Attorney's Office**
     **Southern District**
     **500 Pearl Street**
     **New York, New York**