RAPHAEL F. SCOTTO
MICHELE F. SCOTTO
Counselors At Law
17 Battery Place • Suite 1226
New York, N.Y. 10004

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

Tel: 212-425-7814                                                                                           Fax: 212-422-5171

*Via Fax #212-805-7941*                                     July 9, 2008

Hon. Loretta A. Preska
United States District Judge
500 Pearl Street, Room 1320
New York, New York 10007

        Re:    USA v. Syed Hassan et al
                  Indictment No.: 1:07CR.711

Dear Judge Preska:

    I represent Syed Hassan in the above indictment. When the Court inquired about a trial date yesterday and set January 5, 2009, I advised the Court that I had a long planned vacation for January 9, 2009. The Court then selected January 20, 2009.

    I am sorry to advise the Court that over the weekend my briefcase was taken from my car with my diary and other papers. I now realize that my vacation is from January 23, 2009 to February 3, 2009. A February date was discussed between Ms. Zornberg and counsel prior to the Court's taking the bench.

    I would therefore request that the Court select a date for the trial after February 3, 2009. I have no other commitments during February and the beginning of March of 2009. I am sorry for this great inconvenience and apologize both to the Court, Ms. Zornberg and to co-counsel.

    I will await the advice of the Court regarding this matter.

*[Handwritten: Trial will commence on January 5, 2009 at 10:00am in courtroom 12A.]*

Respectfully submitted,

Raphael F. Scotto

RFS:rr

**SO ORDERED**
*[signed]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 10, 2008

cc:  AUSA Lisa Zornberg
      Fax #212-637-0097

[RS/HASSAN/Hon. Preska.7.9.08]